UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                CASE NO. 08-30241-PNS3
                                                      CHAPTER 13
JAMES MICHAEL BRANCH
REBECCA CROSS BRANCH

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NCO FINANCIAL SYSTEMS, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 394179 in the amount of 19.90 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                /s/Leigh D. Hart or
                /s/William J. Miller, Jr.
                   OFFICE OF THE CHAPTER 13 TRUSTEE
                   POST OFFICE BOX 646
                   TALLAHASSEE, FL 32302
                   ldhecf@earthlink.net
                   (850) 681-2734 "Telephone"
                   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

JAMES MICHAEL BRANCH      NCO FINANCIAL SYSTEMS, INC.
REBECCA CROSS BRANCH       P.O. BOX 41567
4953 FOREST CREEK DR       PHILADELPHIA, PA 19101
MILTON, FL 32571

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                /s/Leigh D. Hart or
                /s/William J. Miller, Jr.
6/30/2010 10:17 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE