UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 08-30241-PNS3
                                          CHAPTER 13
JAMES MICHAEL BRANCH
REBECCA CROSS BRANCH

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NCO FINANCIAL SYSTEMS, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401523 in the amount of 23.46 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                      /s/Leigh D. Hart or
                      /s/William J. Miller, Jr.
                        OFFICE OF THE CHAPTER 13 TRUSTEE
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        ldhecf@earthlink.net
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
JAMES MICHAEL BRANCH          NCO FINANCIAL SYSTEMS, INC.
REBECCA CROSS BRANCH          P.O. BOX 41567
4953 FOREST CREEK DR          PHILADELPHIA, PA 19101
MILTON, FL 32571

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                      /s/Leigh D. Hart or
                      /s/William J. Miller, Jr.
10/28/2010  2:49 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```