```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION
```

IN RE:                                    CASE NO. 08-30241-PNS3
                                          CHAPTER 13
JAMES MICHAEL BRANCH
REBECCA CROSS BRANCH

             Debtor(s)
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NCO FINANCIAL SYSTEMS, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 420631 in the amount of $3.15 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
>   OFFICE OF THE CHAPTER 13 TRUSTEE
>   POST OFFICE BOX 646
>   TALLAHASSEE, FL 32302
>   ldhecf@earthlink.net
>   (850) 681-2734 "Telephone"
>   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JAMES MICHAEL BRANCH<br>REBECCA CROSS BRANCH<br>4953 FOREST CREEK DR<br>MILTON, FL 32571 | NCO FINANCIAL SYSTEMS, INC.<br>P.O. BOX 41567<br>PHILADELPHIA, PA 19101 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
>   OFFICE OF CHAPTER 13 TRUSTEE

9/20/2011 11:55 am / CR_213